Ross MILLIGAN, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 2008–3260.

United States Court of Appeals,
Federal Circuit.

March 11, 2009.

David Schlachter, Law Offices of David Schlachter, Uniondale, NY, for Petitioner.

Jane W. Vanneman, Meredyth Cohen Havasy, Department of Justice, Washington, DC, for Respondent.

**ORDER**

Petitioner having filed the required appendix, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

In re Winfried DENK.

No. 2009–1126.

United States Court of Appeals,
Federal Circuit.

March 11, 2009.

Raymond T. Chen, Patent & Trademark Office, Arlington, VA, for Jon W. Dudas.

Joel Howard Bock, Cook Alex Ltd., Chicago, IL, for Winfried Denk.

ON MOTION

*ORDER*

Upon consideration of the appellant's unopposed motion to withdraw this appeal,

IT IS ORDERED THAT:

(1) The motion is granted and the appeal is dismissed.

(2) Each side shall bear its own costs.